IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LEWIS L. SEAL,

         Plaintiff,  Civil No. 07-1382-JE

  v.           JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

         Defendants.

 Based on the Opinion & Order entered 10/15/2008,

  IT IS ORDERED AND ADJUDGED that this action is remanded for an award of Disability Insurance Benefits. Pending motions, if any are DENIED AS MOOT.

  Dated this  15th  day of October, 2008.

             /s/ John Jelderks
            John Jelderks
            U.S. Magistrate Judge