DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED'08 OCT 28 09:31 USDC-ORP

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

Lewis Seal

        Plaintiff,

  vs.

                                Civil No. 07-cv-01382-JE

Commissioner of Social Security

      Defendant.

**ORDER GRANTING AWARD
OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $5.22, costs in the amount of $12.70, and attorney's fees in the amount of $5183.47, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 27th day of October, 2008.

                           John Jelderks

Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**